180 So. 900

**J. Mal MARTIN v. STATE.**
**4 Div. 399.**

Court of Appeals of Alabama.
April 12, 1938.

Harry Adams, of Enterprise, for appellant.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.